# EXHIBIT A

# John W. Burkholder III



The Kentucky Bar Association does not certify any lawyer identified here as a specialist or an expert. In addition, non-disciplinary information about any lawyers listed on this website is provided by the lawyers listed. The Kentucky Bar Association does not review, investigate, or evaluate the accuracy or completeness of that information provided. Therefore, the Kentucky Bar Association does not warrant the accuracy or validity of this information, and hereby disclaims any liability to any person for any loss or damage caused by errors or omissions in this directory.

All bar complaints, investigations of complaints and private reprimands are confidential. As such, the Kentucky Bar Association is not able to confirm or deny that a complaint has been filed against an attorney, that an attorney is being investigated for an alleged violation of the Kentucky Rules of Professional Conduct, or that an attorney has received a private reprimand. Every effort has been made to keep the disciplinary information contained in this website accurate and current, but it is provided with no warranty of any kind.

---

PHOTO NOT AVAILABLE

Last updated: 4/11/2024

**John Wesley Burkholder III**

Regular 2

John@BurkholderLaw.com

## OFFICIAL ADDRESS INFORMATION

4410 Seven Canyons Drive
Kissimmee
Florida
34746 United States
[ Map ]

(954) 999-8003 (Phone)

County: Out-Of-State

## GROUPS

Sections
Local Government Law, Workers' Compensation Law

## OTHER INFORMATION

Date of Admission: 10/9/2006

Status: Active

Public Discipline History: No record of final public discipline.

Language(s): English

Area(s) of Practice: Administrative Law, Alternative Dispute Resolution, Civil Litigation, Employee Benefits, Government, Insurance, Workers Compensation

Practice Information pursuant to SCR 3.023: I am engaged in the Private Practice of Law, and I am NOT currently covered by a policy of professional liability insurance with minimum limits of at least $100,000.00 per claim and $300,000.00 aggregate for all claims during the policy term.

Latest News more

**1 hour ago**
Kentucky Disaster DR-4782 Disaster Legal Services

**4 hours ago**
Kentucky Bar Foundation & IOLTA Fund Executive

Calendar more

**5/1/2024 » 6/30/2024**
2024 KBA Annual Convention On-Demand

**6/4/2024**

Director Announced

Immigration & Nationality Law Section Annual Meeting

**Contact Us**

Kentucky Bar Association
514 W Main St
Frankfort, KY 40601
Phone: (502) 564-3795
Fax: (502) 564-3225



Membership Software Powered by YourMembership :: Legal