# EXHIBIT C

Jimmy Patronis Chief Financial Officer Florida Department of Financial Services

# Licensee Search

## Licensee Detail

**License #:**

L062457

**Full Name:**

USHEALTH ADVISORS, LLC

**Business Address:**

300 BURNETT ST
FORT WORTH, TX 76102

**Mailing Address:**

UNITEDHEALTHCARE- ATTN LORI A. WOOD MAIL CODE NE950-1000, PO BOX 9472
MINNEAPOLIS, MN 55440

**Email:**

LORI_WOOD@UHC.COM

**Phone:**

(952) 251-5270

**County:**

**NPN #:**

13758506

**Agent in Charge:**

MICHAEL ALLOCCO (A004454)

### Valid Licenses

| Type | Issue Date | Qualifying Appointment |
|---|---|---|
| AGENCY LICENSE (2105) | 1/22/2013 | Appointment not required for this license type. |

### Active Appointments

No active appointments found.

### Invalid Licenses

| Type | Issue Date | Status |
|---|---|---|
| NON-RESIDENT AGENCY LICENSURE (9105) | 7/16/2009 | INVALID |
| NON-RESIDENT AGENCY LICENSURE (9105) | 1/22/2013 | INVALID |

### Inactive Appointments

No inactive appointments found.

| Agency Locations |
| --- |
| No Agency Location information found. |

Copyright © Florida Department of Financial Services 2024