# EXHIBIT D

Licensee Search

# Licensee Detail

**License #:**

A004454

**Full Name:**

ALLOCCO, MICHAEL SAMUEL

**Business Address:**

2563 SW GRAPEVINE PKWY
GRAPEVINE, TX 76051

**Mailing Address:**

914 W PEACH ST
FORT WORTH, TX 76102

**Email:**

ALLOCCOM@USHEALTHGROUP.COM

**Phone:**

(817) 878-3854

**County:**

**NPN #:**

610554

## Continuing Education Statistics

| | |
|---|---|
| **CE Due Date:** | 9/30/2025 |
| **Continuing Education Status:** | In Progress |
| **Number of Hours Required:** | 24 |
| **Number of Hours Completed:** | 0 |

## Valid Licenses

| Type | Issue Date | Qualifying Appointment |
|---|---|---|
| NONRES LIFE & VARIABLE ANNUITY (0814) | 3/6/2023 | YES |
| NONRESIDENT HEALTH (0840) | 3/6/2023 | YES |

## Active Appointments

**NONRES LIFE, HEALTH, & VAR ANN (0815)**

| Company Name | Issue Date | Exp Date |
|---|---|---|
| FREEDOM LIFE INSURANCE COMPANY OF AMERICA | 3/7/2023 | 9/30/2025 |

**NONRESIDENT HEALTH (0840)**

| Company Name | Issue Date | Exp Date |
|---|---|---|

| | | |
|---|---|---|
| UNITEDHEALTHCARE OF FLORIDA, INC. | 9/23/2023 | 9/30/2025 |

## Invalid Licenses

| Type | Issue Date | Status |
|---|---|---|
| LIFE (0216) | 2/6/1988 | INVALID |
| GENERAL LINES (PROP & CAS) (0220) | 5/21/1988 | INVALID |

## Inactive Appointments

**LIFE (0216)**

| Company Name | Issue Date | Exp Date | Status Date |
|---|---|---|---|
| EVERLAKE LIFE INSURANCE COMPANY | 2/6/1988 | 3/31/1994 | 9/30/1993 |

**GENERAL LINES (PROP & CAS) (0220)**

| Company Name | Issue Date | Exp Date | Status Date |
|---|---|---|---|
| ALLSTATE INSURANCE COMPANY | 5/26/1988 | 9/30/1995 | 9/30/1993 |

Copyright © Florida Department of Financial Services 2024