# EXHIBIT E

# Licensee Search

# Licensee Detail

**License #:**

W956250

**Full Name:**

GAINES, CLERCY II

**Business Address:**

674 OVERTON GROVE WAY
BRANDON, FL 33511

**Mailing Address:**

240 N MIAMI AVE APT 1914
MIAMI, FL 33128

**Email:**

GCLERCY@YAHOO.COM

**Phone:**

(631) 384-8480

**County:**

Hillsborough

**NPN #:**

20636044

## Continuing Education Statistics

**CE Due Date:** 2/28/2026

**Continuing Education Status:** In Progress

**Number of Hours Required:** 24

**Number of Hours Completed:** 0

## Valid Licenses

| Type | Issue Date | Qualifying Appointment |
|---|---|---|
| LIFE INCL VAR ANNUITY & HEALTH (0215) | 2/6/2024 | NO |
| CUSTOMER REPRESENTATIVE (0440) | 3/2/2023 | NO |

## Active Appointments

No active appointments found.

## Invalid Licenses

No invalid licenses found.

## Inactive Appointments

### LIFE INCL VAR ANNUITY & HEALTH (0215)

| Company Name | Issue Date | Exp Date | Status Date |
|---|---|---|---|
| FREEDOM LIFE INSURANCE COMPANY OF AMERICA | 2/8/2024 | 2/28/2026 | 5/24/2024 |

### CUSTOMER REPRESENTATIVE (0440)

| Company Name | Issue Date | Exp Date | Status Date |
|---|---|---|---|
| LAND AND SEA INSURANCE GROUP CORP | 5/31/2023 | 2/28/2026 | 1/22/2024 |
| GAINES, LAKITSIA VONETTA | 3/6/2023 | 2/28/2026 | 5/22/2023 |

Copyright © Florida Department of Financial Services 2024