# EXHIBIT F

# Licensee Detail

**License #:**

W935293

**Full Name:**

HOHENKIRK, ANTHONY T

**Business Address:**

11720 NORTH 58TH STREET APT E2
TAMPA, FL 33617

**Mailing Address:**

11720 NORTH 58TH STREET APT E2
TAMPA, FL 33617

**Email:**

HOHENKIRKA75@GMAIL.COM

**Phone:**

(813) 523-0715

**County:**

Hillsborough

**NPN #:**

20552828

## Continuing Education Statistics

| | |
|---|---|
| **CE Due Date:** | 7/31/2025 |
| **Continuing Education Status:** | In Progress |
| **Number of Hours Required:** | 24 |
| **Number of Hours Completed:** | 0 |

## Valid Licenses

| Type | Issue Date | Qualifying Appointment |
|---|---|---|
| LIFE INCL VAR ANNUITY & HEALTH (0215) | 12/14/2022 | YES |

## Active Appointments

**LIFE INCL VAR ANNUITY & HEALTH (0215)**

| Company Name | Issue Date | Exp Date |
|---|---|---|
| FREEDOM LIFE INSURANCE COMPANY OF AMERICA | 1/4/2023 | 7/31/2025 |

## Invalid Licenses

No invalid licenses found.

## Inactive Appointments

No inactive appointments found.

Copyright © Florida Department of Financial Services 2024