EXHIBIT #1: Screenshot of October 10, 2022, SMS Text Exchange

