EXHIBIT #2: Calls Spreadsheet

| Type | Date | Time | Identified Number | Notes |
|---|---|---|---|---|
| SMS | 10/10/22 | 11:35 AM | (301) 338-6855 | Requested No Contact |
| SMS | 06/07/23 | 11:03 AM | (813) 278-7349 | "Camryn" No other identity |
| SMS | 06/10/23 | 11:11 AM | (813) 278-7349 | No identity |
| SMS | 06/10/23 | 3:18 PM | (813) 278-7349 | No identity |
| SMS | 06/10/23 | 3:18 PM | (813) 278-7349 | No identity |
| SMS | 06/22/23 | 2:19 PM | (813) 219-8946 | "Bella" No other identity |
| SMS | 06/26/23 | 5:35 PM | (904) 544-5976 | No identity |
| SMS | 07/06/23 | 11:57 AM | (813) 726-1309 | "Milana" No other indentity |
| SMS | 07/06/23 | 12:05 PM | (813) 726-1309 | No identity |
| SMS | 08/12/23 | 10:34 AM | (656) 300-1310 | "Adrianna" No other identity |
| SMS | 11/20/23 | 10:13 AM | (813) 540-8121 | "Addilyn" No other identity |
| SMS | 11/20/23 | 10:51 AM | (813) 540-8121 | No identity |
| SMS | 11/20/23 | 10:51 AM | (813) 540-8121 | No identity |
| SMS | 11/20/23 | 10:51 AM | (813) 540-8121 | No identity |
| SMS | 11/20/23 | 10:51 AM | (813) 540-8121 | No identity |
| SMS | 01/30/24 | 2:32 PM | (815) 527-3459 | "Kira" No other identity |
| SMS | 01/30/24 | 2:32 PM | (815) 527-3459 | No identity |
| SMS | 02/17/24 | 4:15 PM | (817) 765-9190 | No identity |
| SMS | 02/17/24 | 5:56 PM | (817) 765-9190 | No identity |
| SMS | 02/18/24 | 5:58 PM | (817) 765-9190 | No identity |
| SMS | 02/18/24 | 7:33 PM | (817) 765-9190 | No identity |
| SMS | 02/18/24 | 9:10 PM | (817) 765-9190 | No identity |
| SMS | 02/18/24 | 2:45 PM | (817) 765-9190 | clercythehealthadvisor@gmail.com |
| SMS | 02/19/24 | 3:13 PM | (817) 765-9190 | Advisor Clercy (813) 666-7189 |
| SMS | 02/20/24 | 2:05 PM | (817) 765-9190 | Clercy identified |
| SMS | 02/20/24 | 2:50 PM | (817) 765-9190 | Clercy identified |
| Voice | 04/03/24 | 12:55 PM | (954) 388-1969 | Anthony Sage Hohenkirk identified |
| Voice | 04/03/24 | 12:59 PM | (954) 356-1139 | Anthony Sage Hohenkirk identified |