EXHIBIT #4:

Corporate Disclosure Statement at ECF 10.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOHN BURKHOLDER,

Plaintiff,

v.

FREEDOM LIFE INSURANCE COMPANY OF AMERICA, USHEALTH ADVISORS, LLC, MICHAEL ALLOCCO, CLERCY GAINES II, and ANTHONY "SAGE" HOHENKIRK,

Defendants.
_______________________________ /

CASE NO.: 6:24-cv-00923-WWB-RMN

**DEFENDANTS FREEDOM LIFE INSURANCE COMPANY OF AMERICA AND USHEALTH ADVISORS, LLC'S DISCLOSURE STATEMENT UNDER RULE 7.1, FEDERAL RULES OF CIVIL PROCEDURE, AND LOCAL RULE 3.03**

1. Is the filer a non-governmental corporate party or non-governmental corporation moving to intervene?

☐ No.

☒ Yes, and

☒ These parent corporations and publicly held corporations own 10% or more of the filer's shares:

Freedom Life Insurance Company of America's ("Freedom Life") parent corporation is USHEALTH Group, Inc. Freedom Life is a wholly-owned indirect subsidiary of UnitedHealth Group Incorporated, which is a publicly traded corporation.

USHEALTH Advisors, LLC's ("USHA") parent corporation is USHEALTH Group, Inc. USHA is a wholly-owned indirect subsidiary of UnitedHealth Group Incorporated, which is a publicly traded corporation.

☐ The filer has no parent corporation.

☐ No publicly held corporation owns 10% or more of the filer's shares.

2. Is the court's jurisdiction based on either 28 U.S.C. § 1332(a) or 28 U.S.C. § 1332(d)?

☒ No.

☐ Yes, and this is the name and citizenship of each person or entity whose citizenship is attributed to the filer: [].

a. Is the court's jurisdiction based on 28 U.S.C. § 1332(a) and the filer a limited liability company or other unincorporated entity?

☐ No.

☐ Yes, and the filer has identified each member and the citizenship of each member and, if a member is another unincorporated entity, each member of that entity and that member's citizenship, and so on.

b. Is the court's jurisdiction based on 28 U.S.C. § 1332(d) and the filer a limited liability company or other unincorporated entity?

☐ No.

☐ Yes, and the filer has identified citizenship in accord with 28 U.S.C. § 1332(d)(10).

c. Is the filer an insurer?

☐ No.

☐ Yes, and the filer has identified citizenship in accord with § 1332(c)(1).

d. Is the filer a legal representative?

☐ No.

☐ Yes, and the filer has identified citizenship in accord with 28 U.S.C. § 1332(c)(2).

e. Has the filer identified any corporation?

☐ No.

☐ Yes, and for each, the filer has identified citizenship in accord with 28 U.S.C. § 1332(c)(1).

f. Has the filer identified any natural person?

☐ No.

☐ Yes, and for each, the filer has identified citizenship in accord with the person's domicile, which does not necessarily correspond to the person's residence.

3. Is there any other person or entity that has or might have an interest in the outcome of the action, including any interested or potentially interested lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity?

☐ No.

☒ Yes. These additional persons and entities have or might have an interest in the outcome of the action:

John Burkholder – Plaintiff *Pro Se*

Freedom Life Insurance Company of America – Defendant

USHEALTH Advisors, LLC – Defendant

Michael Allocco – Defendant

Clercy Gaines II – Defendant

Anthony "Sage" Hohenkirk – Defendant

Jeffrey A. Backman, Roy Taub, and Greenspoon Marder LLP – attorneys for Defendants Freedom Life Insurance Company of America and USHEALTH Advisors, LLC

4. Might the outcome of this action affect any entity, not yet identified, with publicly traded shares or debt?

☐ No.

☒ Yes, and this is the entity: In an abundance of caution, Defendants Freedom Life Insurance Company of America and USHEALTH Advisors, LLC disclose that they are both wholly-owned indirect subsidiaries of UnitedHealth Group Incorporated, which is a publicly trade corporation.

5. Is this a bankruptcy action?

☒ No.

☐ Yes, and the debtor is [].

☐ Yes, and the members of the creditors' committee are [].

6. Is this a criminal case?

☒ No.

☐ Yes, and these persons are arguably eligible for restitution: [].

7. Is there an additional entity likely to actively participate in this action?

☒ No.

☐ Yes, and this is the entity: [].

8. Does the filer certify that, except as disclosed, the filer is unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and the filer will immediately notify the judge in writing within fourteen days after the filer knows of a conflict?

☒ Yes.

Dated: May 23, 2024

GREENSPOON MARDER LLP

*/s/ Jeffrey A. Backman*

Jeffrey A. Backman (Bar No. 662501)
Roy Taub (Bar No. 116263)
200 East Broward Blvd., Suite 1800
Fort Lauderdale, Florida 33301
Telephone: 954-491-1120
Facsimile: 954-343-6958
jeffrey.backman@gmlaw.com
mary.torres@gmlaw.com

Case 6:24-cv-00923-RMN Document 21-4 Filed 05/23/24 Page 6 of 7 PageID 549

roy.taub@gmlaw.com
cheryl.cochran@gmlaw.com

*Attorneys for Defendants*
*Freedom Life Insurance Company of*
*America and USHEALTH Advisors, LLC*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that, on May 23, 2024, this document is being electronically filed with the Court through CM/ECF, which will forward and serve a copy upon all counsel of record in compliance with the Federal Rules of Civil Procedure. I further certify that a copy of the foregoing document will be served by e-mail upon Plaintiff *pro se* at John@BurkholderLaw.com.

By: *<u>/s/ Jeffrey A. Backman</u>*
JEFFREY A. BACKMAN