**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JOHN BURKHOLDER, III ,

Plaintiff,

v.

FREEDOM LIFE INSURANCE COMPANY OF AMERICA; USHEALTH ADVISORS, LLC; MICHAEL ALLOCCO; CLERCY GAINES, II; and ANTHONY HOHENKIRK,

Defendants.

Case No. 6:24-cv-923-RMN

**ORDER**

This cause comes before the Court for consideration on Defendants Freedom Life Insurance Company of America and USHealth Advisors, LLC's Notice of Objection to Discovery and Request for Hearing (Dkt. 43), filed July 31, 2024, which the Court construes as a Motion for Protective Order. The Court held a hearing on August 14, 2024 ("Hearing"). Dkt. 52. For the reasons stated on the record at the Hearing, the Motion is granted in part.

Accordingly, it is **ORDERED**:

1. Defendants' Motion (Dkt. 43) is **GRANTED in part** and **DENIED in part**;

2. Defendants shall produce responses to Requests for Production Numbers 1, 2, and 4, as narrowed by the Court at the Hearing, and Request for Production Number 3 in accordance with the parties' agreement, on or before September 14, 2024; and

3. Defendants shall respond to Interrogatory Numbers 1, 2, 3, and 5, and to Interrogatory Number 4 as narrowed by the Court at the Hearing, on or before August 29, 2024.

**DONE** and **ORDERED** in Orlando, Florida, on August 15, 2024.

ROBERT M. NORWAY
*United States Magistrate Judge*

Copies to:

Counsel of Record

John Burkholder, III
4410 Seven Canyons Drive
Kissimmee, Florida 34746